

NUMBER 13-18-00599-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DORINA CORRENTE,                                                    Appellant,

v.

CASSANDRA VAN ATTEN,
AS THE GUARDIAN OF THE PERSON
AND ESTATE OF JAMES VAN ATTEN JR.,                      Appellee.

**On appeal from the 404th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellant Dorina Corrente filed a notice of appeal from an order signed on September 26, 2018 in trial court cause number 2013-DCL-7541-G in the 404th District Court of Cameron County, Texas. On December 11, 2018, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on

November 26, 2018, and that the Deputy District Clerk, Christina Hernandez, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b), (c). The Clerk advised appellant that the appeal would be dismissed for want of prosecution if the defect was not corrected within ten days from the date of receipt of this notice.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

LETICIA HINOJOSA
Justice

Delivered and filed the
18th day of July, 2019.